FILED
June 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ____DT____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**(1) APRIL MARYLOU CORNEJO,**<br>**(2) CANDY VALERIE CORNEJO,**<br>**(3) ISAAC DAVID CORNEJO, and**<br>**(4) BRIAN ARON CHAIREZ**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § | **Case No: EP:24-CR-01169-DCG**<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 8 U.S.C. §§ 1324(a)(2)(B)(ii) - Bringing Aliens without Authorization for Financial Gain;<br><br>**CT 2:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) - Conspiracy to Transport Aliens;<br><br>**CT 3:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) - Transporting Aliens for Financial Gain. |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about May 8, 2024, in the Western District of Texas, Defendants,

**(1) APRIL MARYLOU CORNEJO,**
**(2) CANDY VALERIE CORNEJO,**
**(3) ISAAC DAVID CORNEJO, and**
**(4) BRIAN ARON CHAIREZ**

knowing and in reckless disregard of the fact that a certain alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States such alien, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

1

## COUNT TWO

Beginning on or about February 1, 2024, and continuing until on or about May 8, 2024, in the Western District of Texas, Defendants,

**(1) APRIL MARYLOU CORNEJO,**
**(2) CANDY VALERIE CORNEJO,**
**(3) ISAAC DAVID CORNEJO, and**
**(4) BRIAN ARON CHAIREZ**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT THREE

On or about May 8, 2024, in the Western District of Texas, Defendants,

**(1) APRIL MARYLOU CORNEJO,**
**(2) CANDY VALERIE CORNEJO,**
**(3) ISAAC DAVID CORNEJO, and**
**(4) BRIAN ARON CHAIREZ**

knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move such alien within the United States in furtherance of said violation of law, all

2

done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney

3